**No. 11-159. Michael J. Astrue, Commissioner of Social Security, Petitioner v. Karen K. Capato, on Behalf of B. N. C., et al.**

565 U.S. 1033, 132 S. Ct. 576, 181 L. Ed. 2d 419, 2011 U.S. LEXIS 8245.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit granted.

Same case below, 631 F.3d 626.